US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 12 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:18CR50060-001 |
| | ) | 21 U.S.C. § 841(a)(1) |
| VS. | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| MARTIN CASTILLO-TOVAR | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as June 1, 2018, and continuing to on or about September 4, 2018, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendants, **MARTIN CASTILLO-TOVAR,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury, to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1), Title 21, United States Code, § 841(b)(1)(A)(viii), and Title 21, United States Code, § 846.

### COUNT TWO

On or about June 14, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARTIN CASTILLO-TOVAR**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT THREE

On or about June 30, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARTIN CASTILLO-TOVAR**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT FOUR

On or about July 26, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARTIN CASTILLO-TOVAR**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT FIVE

On or about August 23, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARTIN CASTILLO-TOVAR**, knowingly and intentionally distributed more than fifty (50) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT SIX

On or about September 4, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARTIN CASTILLO-TOVAR**, did knowingly possess with intent to distribute a controlled substance, namely, more than fifty (50) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

A true bill.

*/s/ Grand Jury Foreperson*
Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Ft. Smith, AR  72902
Phone:  (479) 249-9042
Fax:  (479) 441-0569
Email:  brandon.t.carter@usdoj.gov