# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:	5:18-CR-50060-001	USA v. MARTIN CASTILLO-TOVAR

COURT PERSONNEL:	APPEARANCES:

Judge:	TIMOTHY L. BROOKS	Govt.: BRANDON CARTER

Clerk:	SHERI CRAIG	Deft.: LEO MONTERREY

Reporter:	DANA HAYDEN

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made that Defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:   5:18-CR-50060-001

(X)   Court proceeded to impose sentence as follows:

      180 months imprisonment; 5 years supervised release; $1,900.00 fine imposed - interest waived.

(X)   Defendant ordered to comply with standard conditions of supervised release.

(X)   Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

(X)   Counts 1, 3, 4, 5, and 6 dismissed on motion by the Government.

(X)   Defendant advised of appeal rights.

(X)   Defendant remanded to custody of USMS.

DATE:  April 9, 2019                                          Proceeding began: 11:31 am

                                                                                                                    ended: 12:18 pm